UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SHELBY JOHNSON,                                    CIVIL NO. 09-2841 (MJD/JSM)

    Plaintiff,

v.                                                 <u>ORDER</u>

NAVITOR/COSCO COMPANIES,
*aka TAYLOR CORPORATION*

    Defendant.

_____

Jennie M Brown, Esq., counsel for plaintiff Shelby Johnson

Craig A. Brandt, Esq. and Samuel W. Diehl, counsel for defendant Navitor/Cosco Companies aka Taylor Corporation

_____

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron [Doc. #13] dated September 15, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, IT IS HEREBY ORDERED that:

1. Defendant's Motion to Dismiss or in the Alternative for Summary Judgment [Docket No. 3] is **GRANTED**; and

2. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated: October 7, 2010          s/Michael J. Davis
                                MICHAEL J. DAVIS
                                Chief Judge
                                United States District Court